| | AUSA: Vance | Telephone: (810) 766-5177 |
|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: Monfette, ATF | Telephone: (313) 600-1240 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America

v.

D-2: Eric Whited,



FILED

MAY 17 2023

U.S. DISTRICT COURT
FLINT, MICHIGAN

Case No.

Case: 4:23−mj−30193
Assigned To : Ivy, Curtis, Jr
Assign. Date : 5/14/2023
CMP USA V FRALEY ET AL (LH)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Eric Whited**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

On the attached Complaint

Date:     May 14, 2023

_____
*Issuing officer's signature*

City and state:  Detroit, MI

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 05/14/23 , and the person was arrested on *(date)* 05/15/23 at *(city and state)* Flint, MI |
| Date: 05/15/23 |
| Y. ___ *Arresting officer's signature* |
| Todd Monfette SA *Printed name and title* |

Distribution   Original Court – 1copy U.S. Marshal – 2 copies USA